UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA TOMLINSON, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>UNITED BEHAVIORAL HEALTH,<br><br>  Defendant. | Case No. 19-cv-06999-RS<br><br>**CASE MANAGEMENT SCHEDULING ORDER** |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a telephonic Initial Case Management Conference on March 12, 2020.  After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

   1.   AMENDING THE PLEADINGS.

The deadline to amend the pleadings without seeking leave from the Court shall be April 9, 2020.

   2.   DISCOVERY.

On or before September 25, 2020, all non-expert discovery shall be completed by the parties.  Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of requests for production of documents or for inspection per party; and (d) a reasonable number of requests for admission per party.

   3.   DISCOVERY DISPUTES.

Discovery disputes will be referred to Magistrate Judge Spero.  Should a discovery dispute arise, after the parties have met and conferred, the parties shall prepare a joint letter of not more than 5 pages explaining the dispute.  Up to 12 pages of attachments may be added.  The joint letter

must be electronically filed under the Civil Events category of "Motions and Related Filings > Motions--General > Discovery Letter Brief." Judge Spero will advise the parties of how he intends to proceed. He may issue a ruling, order more formal briefing, or set a telephone conference or a hearing. All further discovery matters shall be filed pursuant to Judge Spero's procedures.

4. **EXPERT WITNESSES.**

The disclosure of expert witnesses for class certification shall proceed as follows:

   a. On or before July 31, 2020, plaintiffs shall disclose class certification experts.
   b. On or before September 4, 2020, defendant shall disclose class certification experts.

5. **CLASS CERTIFICATION.**

   a. On or before October 23, 2020, plaintiffs will file their motion for class certification.
   b. On or before November 20, 2020, defendant will file its opposition to class certification.
   c. On or before December 18, 2020, plaintiffs will file their reply, if any, to defendant's opposition.
   d. Plaintiffs' motion for class certification shall be heard on January 7, 2021, at 1:30 p.m. in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED**.

Dated: March 12, 2020

_____
RICHARD SEEBORG
United States District Judge