Caroline E. Reynolds (admitted *pro hac vice*)
Christopher R. MacColl (admitted *pro hac vice*)
ZUCKERMAN SPAEDER LLP
1800 M St., NW, Suite 1000
Washington, DC 20036
Tel: (202) 778-1800
Fax: (202) 822-8106
creynolds@zuckerman.com
cmaccoll@zuckerman.com

Adam Abelson (admitted *pro hac vice*)
ZUCKERMAN SPAEDER LLP
100 East Pratt Street, Suite 2440
Baltimore, MD 21202
Tel: (410) 332-0444
Fax: (410) 659-0436
aabelson@zuckerman.com

*Attorneys for Plaintiff (other counsel listed on signature page)*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY JONES, through her agent, on her own behalf and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>   v.<br><br>UNITED BEHAVIORAL HEALTH,<br><br>          Defendant. | Case No. 3:19-cv-06999-RS<br>Action Filed: October 25, 2019<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL EXHIBITS TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

Pursuant to Civil Local Rules 79-5(d)(1)(B) and 7-11, and the parties' Stipulated Qualified Protective Order Regarding Confidential Information (ECF No. 55), Plaintiff Mary Jones moves this Court for leave to file under seal exhibits to Plaintiff's Motion for Class Certification.

Specifically, Plaintiff seeks to file under seal Exhibits C, D, E, F1 through F59, and G to the Declaration of Adam Abelson in Support of Plaintiff's Motion for Class Certification pursuant to Local Rule 79-5(e), for the reasons set forth in the accompanying Declaration of Adam Abelson ("Abelson Declaration") in Support of Plaintiff's Administrative Motion to Seal. A proposed order is also filed herewith.

For the reasons set forth above and in the Abelson Declaration, Plaintiff requests that the Court grant her administrative motion to file under seal.

Dated: November 13, 2020

Respectfully submitted,

/s/ Adam Abelson
D. Brian Hufford (admitted *pro hac vice*)
Jason S. Cowart (admitted *pro hac vice*)
ZUCKERMAN SPAEDER LLP
485 Madison Avenue, 10th Floor
New York, NY 10022
Tel: (212) 704-9600
Fax: (212) 704-4256
dbhufford@zuckerman.com
jcowart@zuckerman.com

Caroline E. Reynolds (admitted *pro hac vice*)
Christopher MacColl (admitted *pro hac vice*)
ZUCKERMAN SPAEDER LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036
Tel: (202) 778-1800
Fax: (202) 822-8106
creynolds@zuckerman.com
cmaccoll@zuckerman.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Adam Abelson (admitted *pro hac vice*)
ZUCKERMAN SPAEDER LLP
100 East Pratt Street, Suite 2440
Baltimore, MD 21202
Tel: (410) 332-0444
Fax: (410) 659-0436
aabelson@zuckerman.com

Meiram Bendat (Cal. Bar No. 198884)
PSYCH-APPEAL, INC.
8560 West Sunset Boulevard, Suite 500
West Hollywood, CA 90069
Tel: (310) 598-3690, x.101
Fax: (888) 975-1957
mbendat@psych-appeal.com

*Attorneys for Plaintiff*