CROWELL & MORING LLP
JENNIFER S. ROMANO (SBN 195953)
jromano@crowell.com
ANDREW HOLMER (SBN 268864)
aholmer@crowell.com
515 South Flower Street, 40th Floor
Los Angeles, California 90071
Telephone: (213) 622-4750
Facsimile: (213) 622-2690

CROWELL & MORING LLP
APRIL N. ROSS (admitted *pro hac vice*)
aross@crowell.com
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

Attorneys for Defendant
UNITED BEHAVIORAL HEALTH

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY JONES, through her agent, on her own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED BEHAVIORAL HEALTH,<br><br>Defendant. | Case No. 3:19-cv-6999 RS<br><br>**DECLARATION OF NGOC HAN S. NGUYEN IN SUPPORT OF DEFENDANT UNITED BEHAVIORAL HEALTH'S OPPOSITION TO PLAINTIFF'S MOTION TO MODIFY CLASS CERTIFICATION ORDER**<br><br>Hon. Richard Seeborg<br><br>Hearing Date: April 11, 2024<br>Time: 1:30 p.m.<br>Judge: Richard Seeborg |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

NGUYEN DECL. ISO UBH'S OPP. TO PLTF'S
MOTION TO MODIFY CLASS CERTIFICATION;
CASE NOS. 3:19-CV-6999-RS

I, Ngoc Han S. Nguyen, hereby declare as follows:

1. I am a Legal Services Consultant for Optum, Inc. I have personal knowledge of the facts stated herein, and if called as a witness, could and would testify competently thereto.

2. As a Legal Services Consultant, my role includes providing support for United Behavioral Health ("UBH") regarding legal matters that involve UBH. In that role, I have become familiar with the record-keeping of UBH and certain of its affiliated companies, including how UBH creates and maintains databases of plan documents, certificates of coverage, policy agreements, adverse benefit determination letters, and appeal determination letters.

3. I understand that the individuals whose adverse benefit determinations are the subject of this litigation have been assigned Unique Member ID numbers for the purpose of this litigation in order to preserve member confidentiality.

4. I am aware of the true names and identities of each of the Unique Members described herein, and refer to those individuals by their assigned Unique Member ID for the purpose of this declaration in order to preserve member confidentiality.

5. Attached hereto as **Exhibit 1** is a true and correct copy of Optum's Coverage Determination Guideline ("CDG") for Anxiety Disorders, effective February 2017.

6. Attached hereto as **Exhibit 2** is a true and correct copy of Optum's CDG for Disruptive, Impulse-Control & Conduct Disorders, effective February 2017.

7. Attached hereto as **Exhibit 3** is a true and correct copy of Optum's CDG for Feeding and Eating Disorders, effective January 2017.

8. Attached hereto as **Exhibit 4** is a true and correct redacted copy of the coverage determination letter issued to Class Member 13734 on February 6, 2018.

9. Attached hereto as **Exhibit 5** is a true and correct redacted copy of the coverage determination letter issued to Class Member 12545 on November 21, 2017.

10. Attached hereto as **Exhibit 6** is a true and correct redacted copy of the coverage determination letter issued to Class Member 10209 on June 22, 2017.

11. Attached hereto as **Exhibit 7** is a true and correct redacted copy of a portion of Class Member 11773's administrative record.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 9th day of February, 2024, at Eden Prairie, MN.

_____
Ngoc Han S. Nguyen

CROWELL
& MORING LLP
ATTORNEYS AT LAW

2

NGUYEN DECL. ISO UBH'S OPP. TO PLTFF'S
MOTION TO MODIFY CLASS CERTIFICATION;
CASE NOS. 3:19-CV-6999-RS